<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6692**
_____

CLARENCE T. FOX, JR.,

        Plaintiff - Appellant,

    v.

ERIC HOLDER, In his official capacity; FEDERAL BUREAU OF
PRISONS, In its official capacity; WARDEN DARLENE DREW, In
her official capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Henry F. Floyd, District Judge.
(2:10-cv-00780-HFF)

_____

Submitted:  September 28, 2010    Decided:  October 5, 2010

_____

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Clarence T. Fox, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fox v. Holder, No. 2:10-cv-00780-HFF (D.S.C. Apr. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED